858 A.2d 1161

**Carmine A. LAURO, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 17, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of September, 2004, the above appeal is quashed pursuant to Rule 341, Pa.R.A.P.